MARIA SCHUESSLER et al., Respondents, *v.* THE FIRE INSURANCE COMPANY OF THE COUNTY OF PHILADELPHIA, Appellant.

*Schuessler* v. *Fire Ins. Co. of County of Philadelphia,* 103 App. Div. 12, affirmed.

(Argued May 15, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for the reformation of a policy of fire insurance.

*George Richards* for appellant.

*Alexander S. Bacon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

ANNA J. FARGO, Respondent, *v.* THE SUPREME TENT OF THE KNIGHTS OF THE MACCABEES OF THE WORLD, Appellant.

*Fargo* v. *Supreme Tent of K. of M. of the World,* 96 App. Div. 491, affirmed.

(Argued May 15, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1904, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure, as to the amount which plaintiff was entitled to recover as beneficiary under a certificate of insurance issued by defendant.

*Devere Hall, D. D. Aitken* and *Franklin Kennedy* for appellant.

*J. L. Woodworth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT and CHASE, JJ. Absent: GRAY, J. Not sitting: HISCOCK, J.